# Center for Disability Advocacy Rights (CeDAR), Inc.
## 100 Lafayette Street, 3rd Floor
## New York, New York 10013
Tel. (212) 979-0505
Fax (212) 979-8778

February 15, 2008

VIA FAX

Hon. Alvin K. Hellerstein
U.S. District Judge
U.S. Courthouse
500 Pearl Street
New York, N.Y. 10007

Re: Ana Felipe v. Astrue
07 Civ. 7091 (AKH)

Dear Judge Hellerstein:

I am writing to request an additional two weeks to file plaintiff's motion for judgment on the pleadings in this Social Security disability case. The present schedule has my motion due today, February 15, 2008, the Commissioner's response due on March 20, 2008, and plaintiff's reply due on April 3, 2008. Under the revised schedule, I would file plaintiff's motion on February 29, 2008, the Commissioner would respond by April 3, 2008, and plaintiff's reply would be filed on April 17, 2008. There have been no prior requests to change the briefing schedule.

I have been unable to complete work on this case as planned because of unanticipated emergencies in other cases.

I have attempted to obtain the Commissioner's consent to this schedule change, but have been unable to reach Ms. Baird over the past two days.

Please let us know if this proposed schedule is acceptable to the Court.

Very truly yours,

James M. Baker

JMB/jb

cc: Susan D. Baird   (VIA FAX)
    Assistant U.S. Attorney

*So Ordered 2/15/08* [judge's signature]