

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/3/08

# Center for Disability Advocacy Rights (CeDAR), Inc.
100 Lafayette Street, 3rd Floor
New York, New York 10013
Tel. (212) 979-0505
Fax (212) 979-8778

RECEIVED
FEB 29 2008
CHAMBERS OF
ALVIN K. HELLERSTEIN
U.S.D.J.

February 29, 2008

VIA FAX

So ordered
3-3-08
[signature]

Hon. Alvin K. Hellerstein
U.S. District Judge
U.S. Courthouse
500 Pearl Street
New York, N.Y. 10007

       Re: Ana Felipe v. Astrue
           07 Civ. 7091 (AKH)

Dear Judge Hellerstein:

    I have not been able to complete my work on this case and am writing to request an additional week to file plaintiff's motion papers. The present schedule has my motion due today, February 29, 2008, the Commissioner's response due on April 3, 2008, and plaintiff's reply due on April 17, 2008. Under the revised schedule, I would file plaintiff's motion on March 7, 2008, the Commissioner would respond by April 10, 2008, and plaintiff's reply would be filed on April 24, 2008. This is plaintiff's second extension request. The government has no objection.

    Please let us know if this proposed schedule is acceptable to the Court.

                        Very truly yours,

                        James M. Baker

JMB/jb

cc: Susan D. Baird   (VIA FAX)
    Assistant U.S. Attorney