



**U.S. Department of Justice**

United States Attorney
Southern District of New York

86 Chambers Street
New York, New York 10007

April 10, 2008

BY FAX
Honorable Alvin K. Hellerstein
United States District Judge
United States Courthouse
500 Pearl Street, Room 1050
New York, New York 10007-1312

    Re:  Ana Felipe v. Astrue
        07 Civ. 7091 (AKH)

Dear Judge Hellerstein:

    This Office represents the Commissioner of Social Security, defendant in this action. I write respectfully to request an extension of time to file defendant's motion for judgment on the pleadings.

    Pursuant to the Court's order of February 29, 2008, defendant's motion is due today, April 10, 2008, and plaintiff's reply is due April 24, 2008. I have recently been assigned to this matter and have not yet been able to complete my review of the record. I respectfully request a thirty-day extension of time to file defendant's motion, until May 12, 2008, and accordingly, a thirty-day extension of plaintiff's time to file her reply, to May 24, 2008. This is the government's first request for an adjournment of the briefing schedule. I left a voicemail message for plaintiff to request consent, but my call has not yet been returned.

    Thank you for your consideration of this matter.

        Respectfully,

        MICHAEL J. GARCIA
        United States Attorney

By: /s/ Susan C. Branagan
    SUSAN C. BRANAGAN
    Assistant United States Attorney
    Telephone: (212) 637-2804
    Fax: (212) 637-2750

cc: James Baker, Esq.
    By Fax

*[Handwritten endorsement: "So ordered 4-11-08" signed Alvin K. Hellerstein]*

**MEMO ENDORSED**

TOTAL P.02