```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/27/08
```

# Center for Disability Advocacy Rights (CeDAR), Inc.
100 Lafayette Street, 3rd Floor
New York, New York 10013
Tel. (212) 979-0505
Fax (212) 979-8778

May 23, 2008

VIA FAX

*So ordered*
*5-23-08*
*[signature]*

Hon. Alvin K. Hellerstein
U.S. District Judge
U.S. Courthouse
500 Pearl Street
New York, N.Y. 10007

        Re: Ana Felipe v. Astrue
           07 Civ. 7091 (AKH)

Dear Judge Hellerstein:

    I am writing to request an additional two weeks to file plaintiff's reply brief in support of her motion for judgment on the pleadings and in opposition to the Commissioner's motion for judgment on the pleadings. The brief is due today, and would instead be filed on June 6, 2008. The Commissioner does not oppose this request.

    Plaintiff earlier received two extensions to file her initial brief.

    Please let me know if the proposed schedule is acceptable to the Court.

                      Very truly yours,

                      James M. Baker

JMB/jb

cc: Susan C. Branagan   (VIA FAX)
    Assistant U.S. Attorney