**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
ANA FELIPE,

                              Plaintiff,                                07 **CIVIL** 7091 (AKH)

               -against-                                                **JUDGMENT**

MICHAEL J. ASTRUE, Commissioner,
of Social Security,
                              Defendant.                                 *SCANNED*
------------------------------------------------------------X

The parties having cross-moved for judgment on the pleadings pursuant to Fed. R. Civ. P.

12(c), and the said motions having come before the Honorable Alvin K. Hellerstein, United States

District Judge, and the Court thereafter, on September 4, 2008 having rendered its Order granting

the Commissioner's motion for judgment on the pleadings, dismissing the complaint, and denying

plaintiff's motion for judgment on the pleadings, it is,

     **ORDERED, ADJUDGED AND DECREED:**   That for the reasons set forth in

the Court's Order dated September 4, 2008, the Commissioner's motion for judgment on the

pleadings is granted; the complaint is dismissed; and plaintiff's motion for judgment on the

pleadings is denied; accordingly, the case is closed.

**Dated:** New York, New York
         September 8, 2008

                                        **J. MICHAEL McMAHON**
                                  _____
                                            **Clerk of Court**
                          **BY:**
                                  _____
                                            **Deputy Clerk**

                    THIS DOCUMENT WAS ENTERED
                    ON THE DOCKET ON _____